UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GARY LEE SMITH,                                    )
                                                   )
                    Plaintiff,                     )
                                                   )
v.                                                 )        Case No. 20-2439-JAR
                                                   )
INTERNAL REVENUE SERVICE,                          )
                                                   )
                    Defendant.                     )

## ORDER

After defendant filed a motion to dismiss this case on February 16, 2021,[1] the

undersigned U.S. Magistrate Judge, James P. O'Hara, entered an order directing plaintiff

to show cause by March 5, 2021, why a scheduling conference and scheduling order

shouldn't be deferred until after the presiding U.S. District Judge, Julie A. Robinson,

decides the motion to dismiss.[2]  Plaintiff filed a motion for extension of time on March 3,

2021, requesting additional time to respond to both the order to show cause and to the

motion to dismiss (**ECF No. 14**).  Plaintiff indicated he has not received a copy of the

motion to dismiss (which defendant certifies it sent via regular mail on February 16, 2021),[3]

---

[1] ECF No. 9.

[2] ECF No. 12.

[3] ECF No. 9 at 3.

1

and is thereby hindered in formatting responses.  For good cause shown, the motion is **granted**.

IT IS THEREFORE ORDERED:

1. Defendant is directed to re-serve its motion to dismiss and memorandum in support on plaintiff <u>via certified mail</u> by **March 5, 2021**.

2. Plaintiff's deadline to respond to the motion to dismiss is extended to **March 26, 2021**.

3. Plaintiff's deadline to respond to the order to show cause is extended to that same date, **March 26, 2021**.

The clerk shall mail a copy of this order to plaintiff by certified and regular mail.

Dated March 4, 2021, at Kansas City, Kansas.

<u>s/ James P. O'Hara</u>
James P. O'Hara
U.S. Magistrate Judge